| Date | Pleading Number | |
|---|---|---|
| 9/23/74 | 1. | MOTION -- plaintiff Lucille Lollar -- w/supporting brief and affidavit w/Exhibit "A" and Delcaration of service by mail. REQUESTED TRANSFEREE FORUM: E.D. Texas (Paris Division) |
| 10/10/74 | 2. | RESPONSE -- Def. L. E. Lay & Co., Inc., First Arkansas Bankstock Corp. & Worthen Bank & Trust Co., N.A. w/certificate of service |
| 10/10/74 | | EXTENSION REQUESTED & GRANTED -- to Def. L. E. Lay & Co., et al. to filed supporting brief to response filed 10/10/74. |
| 10/15/74 | 3 | L. E. LAY & CO., INC and First ARkansas Bankstock Corp., and Worthen Bank & Trust Co. response to Motion w/cert. of service |
| 10/30/74 | | HEARING ORDER -- Setting A-1 and A-2 for hearing Nov. 22, 1974, Washington, D. C. |
| 2/10/75 | | CONSENT OF TRANSFEREE COURT for Judge William Wayne Justice to handle litigation pursuant to 28 U.S.C. §1407 |
| 2/10/75 | | OPINION AND ORDER transfering E.D. Arkansas action to the E.D. Texas for assignmentto Judge William Wayne Justice for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |

## Description of Litigation

IN RE L. E. LAY & CO., INC. ANTITRUST LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) 11/22/74

Date(s) of Opinion(s) or Order(s) 2/10/75

Consolidation Ordered  XXX     Name of Transferee Judge  WILLIAM WAYNE JUSTICE

Consolidation Denied ____      Transferee District  EASTERN DISTRICT OF TEXAS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lucille Lollar v. L. E. Lay & Co., Inc. | E.D.Tex (Paris Div.) Justice | P-73-CA-4 | | | 11/8/76 | Lollar Motion 9/23/74 |
| A-2 | Lucille Lollar v. First Arkansas Bankstock Corp., and Worthen National Bank & Trust Co., N.A. | E.D.Ark. (Western Div.) Henley | LR-74-C-289 | 2/10/75 | P-75-6 | 11/8/76 | " " |

CERTIFIED CORRECT
JULY 1976

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 187 -- IN RE L. E. LAY & CO., INC. ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| LUCILLE LOLLAR  (A-1 & A-2)<br>Howard A. Specter, Esquire<br>Litman, Litman, Harris & Specter, P.A.<br>1320 Grant Building<br>Pittsburgh, Pennsylvania   15219 | L. E. LAY & CO.<br>Victor Hlavinka, Esquire<br>Atchley, Russell, Waldrop & Hlavinka<br>803 Spruce St., P. O. Box 1049<br>Texarkana, Texas   75501<br><br>FIRST ARKANSAS BANKSTOCK CORP.<br>WORTHEN BANK & TRUST CO., N.A.<br>W. Dane Clay, Esquire<br>Rose, Nash, Williamson, Carroll & Clay<br>720 West Third Street<br>Little Rock, Arkansas   72201 |